NUMBER 13-00-272-CV

COURT OF APPEALS

THIRTEENTH DISTRICT OF TEXAS

CORPUS CHRISTI

___________________________________________________________________

JOSE GUADALUPE RODRIGUEZ , Appellant,


v.


TEODULO L. LOPEZ , Appellee.

___________________________________________________________________


On appeal from the 93rd District Court 

of Hidalgo County, Texas.

___________________________________________________________________


O P I N I O N

Before Chief Justice Valdez and Justices Hinojosa and Yanez

Opinion Per Curiam


Appellant, JOSE GUADALUPE RODRIGUEZ , perfected an appeal from a judgment entered by the 93rd District Court of
Hidalgo County, Texas, in cause number C-5462-93-B . After the record and appellant's brief had been filed, the parties
filed a joint motion to vacate the trial court's judgment and remand to the trial court. In the motion, the parties state that
this cause has been fully settled by the parties. The parties request that this Court vacate the trial court's judgment and
remand this cause to the trial court for entry of an appropriate order in accordance with the parties' settlement agreement.

The Court, having examined and fully considered the documents on file and the parties' joint motion, is of the opinion that
the motion should be granted. The joint motion is granted, and the judgment of the trial court is hereby VACATED and the
cause is REMANDED to the trial court in accordance with the parties' settlement agreement. 

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.



Opinion delivered and filed this

the 28th day of June, 2001 .